IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| MARY CHACE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIRST HORIZON HOME LOANS, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 09-195-S-MHW<br><br>**ORDER** |

　　　　Upon Plaintiff's Motion of Dismissal (Docket No. 2) pursuant to Fed. R. Civ. P. 41(a), it is hereby ordered that the case is DISMISSED.

DATED: December 29, 2009

_____
Honorable Mikel H. Williams
United States Magistrate Judge